UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-40782

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LEOPOLDO ALBA ONTIVEROS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

_____

June 21, 2002

ON PETITION FOR REHEARING

Before DAVIS, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Upon consideration of the petition for rehearing, our opinion filed April 29, 2002, in this case

is WITHDRAWN. The motion for leave to withdraw as counsel is GRANTED. Counsel has filed

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a brief as required by *Anders v. California,* 386 U.S. 738 (1967).  Our review of the brief, the record, and the response of Ontiveros disclose no non-frivolous issue for appeal.  Accordingly, counsel's request to withdraw is GRANTED and the appeal is DISMISSED.